FORM TO BE USED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF Mississippi

__Frederick Banks__
Petitioner

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 27 2010
J.T NOBLIN, CLERK
BY_____ DEPUTY

Frederick Banks, #05711-068, IAZ, PO Box 5000, Yazoo City, MS 39194
(Full name under which you were convicted; prison number; and full mailing address.)

Vs.

CIVIL ACTION NO. 5:10cv8-DCB-MTP

Chaplain David Holsten, Chaplain Toftelmine; Chaplain Tigner; Bruce Pearson; Eric Holder; Barack Obama; Harley Lappin; FCC Yazoo City (Low) Religious Services Department; Federal Bureau of Prisons.
Respondents

Eric Holder; Bruce Pearson; Barack Obama; Harley Lappin
(Name of Warden or other authorized person having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (Check appropriate blank.)

   [ ] a conviction

   [ ] a sentence (CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

   [ ] jail or prison conditions

   [ ] prison discipline

   [ ] a parole problem
   [✓] other.    State briefly:

   RRC placement under 18 USC § 3621

2. Place of detention: __FCC Yazoo City__

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

   [✓] Yes     [✗] No

   If your answer above is "Yes," give the following information:

   a. Name of Court: __USDC WDPA__
   b. Nature of Proceeding: __2255__
   c. Grounds raised: __Ineffective assistance__



   d. Result: __Denied__
   e. Date of Result: __Unknown__
   f. Citation or number of any written opinion or order entered pursuant to each such disposition:

   __None__

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: __2241 not 2255 is the proper proceeding to challenge the execution of the sentence__

5. Are you presently represented by counsel?   [ ] Yes   [✓] No

   If so, name, address and phone number of counsel:

2

6. Name and location of court which imposed sentence:

    US DIST CT NDGA

7. Indictment or case number, if known: 03-245, 04-176

8. Offense or offenses for which sentence was imposed:

    18 USC § 1341 etc.

9. Date upon which sentence was imposed and the terms of the sentence:

    2/25/05 and 3/10/06

10. When was a finding of guilty made? (Check one.)

    ☐ After a plea of guilty

    ☑ After a plea of not guilty

    ☐ After a plea of nolo contendere

11. If you were found guilty after a plea of not guilty, was that finding made by:

    ☑ A jury

    ☐ A judge without a jury

12. Did you appeal from the judgment of conviction or the imposition of sentence?

    ☑ Yes    ☐ No

13. If you did appeal, give the following information for each appeal:

    a. Name of Court: US ~~Dist~~ Ct of Appeals 3rd cir

    b. Result: Affirmed / mandate recalled proge

    c. Date of Result: 6/30/06

    d. Citation or number of opinion: 451 F.3d 186

    e. Grounds raised: (List each one.)

    3+(b) post Booker

3

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _____

Supporting FACTS: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is — who did exactly what to violate your rights at what time or place.)

b. Ground ~~two~~ one: Respondents violated the Establishment Clause in ~~conspiring to prevent petitioner from being~~ considered for halfway house placement.

Supporting FACTS: Chaplain David Holsten; Chaplain Tigner and Chaplain Tolkemore excessively entangled the federal government in affairs of religion and conducted government surveillance of religious activities in violation of the Establishment Clause when they confiscated 70 Wiccan CDs that were donated out of the Wicca locker and employed an inmate police force at the chapel to conduct spying and intelligence on Pagan/Wicca activities Walz v. Tax Com of New York, 397 US 664 (1970) and told Petitioner's Unit Team to deny consideration for transfer to a halfway house immediately under 18 USC § 3621.

c. Ground three: _____

4

Supporting FACTS:

15.   RELIEF:   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. all appropriate relief, order Respondent to consider Petitioner for immediate halfway house placement and to transfer Petitioner to a halfway house immediately and return the confiscated religious materials

Signed this __25th__ day of __January__, 20__10__.
               Day                    Month                    Year

_____
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1/25/10__.
              (Date)

_____
Signature of Petitioner

5

