IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS                                                        PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:10cv8-DCB-MTP

CHAPLIN DAVID HOLSTEN, et al.                            RESPONDENTS

**FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice as duplicative of the petitioner's pending § 2241 petitions in *Banks v. Pearson*, 5:09cv148-DCB-MTP consolidated with *Banks v. Everett*, civil action 5:09cv174-DCB-MTP.

SO ORDERED AND ADJUDGED, this the  8th   day of February, 2010.


                                         s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE